# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| LEAH JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:25-CV-158-ACL |
| | ) |
| MISSOURI DEPARTMENT OF MENTAL HEALTH, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of self-represented Plaintiff Rex S. Leah Jones' complaint filed on September 26, 2025. ECF No. 1. The complaint is defective because it has not been drafted on a Court form. *See* E.D. Mo. Local Rule 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Because Plaintiff is proceeding without counsel, the Court will allow her the opportunity to file an amended complaint on Court-provided forms. Plaintiff has **thirty (30) days** from the date of this Order to file an amended complaint in accordance with the specific instructions set forth here.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff a copy of the Court's Employment Discrimination Complaint form.

**IT IS FURTHER ORDERED** that Plaintiff must file an amended complaint on the Court's form within **thirty (30) days** of the date of this Order. Plaintiff is advised that her amended complaint will take the place of her original filing and will be the only pleading that this Court will review.

**If Plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice and without further notice.**

Dated this 3rd day of December, 2025.

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE