**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| LEAH JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-158-ACL |
| | ) | |
| LEROY NICHOLSON, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This closed case is before the Court on self-represented Plaintiff Leah Jones' motions to reopen case, motion for leave to file second (third) amended complaint, and motion to amend/correct second complaint. ECF Nos. 19-22. This Court has already reviewed and denied Plaintiff's previous motion to reopen case and motion for leave to file an amended complaint. Plaintiff has already been provided multiple chances by this Court to amend her complaint before dismissal and has already had the Court carefully consider and review post-dismissal motions to reopen her case.

Some of the problems previously identified by the Court are still present in the motions Plaintiff now files. For example, Plaintiff has been warned that amended complaints need to be filed on Court-forms. Further, the facts asserted in the fourth amended complaint contradict the evidence presented by Plaintiff. Plaintiff asserts she was removed from her position on January 12, 2025 pending review and/or investigation. ECF No. 22-1 at 2. However, the evidence provided shows that this was the date her employer accepted her resignation. ECF No. 22-7. Even Plaintiff describes this as a resignation in her charge of discrimination. ECF No. 22-6. Having reviewed the post-dismissal motions, the Court does not find that Plaintiff has

sufficiently cured the prior defects, and her allegations are unsupported by the evidence she provides.

This case is closed and Plaintiff is not entitled to an endless amount of post-dismissal motions. The pending motions will be denied and no further filings will be accepted.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motions to reopen case (ECF No. 19, 21) are **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to file second (third amended complaint (ECF No. 20) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion to amend/correct second amended complaint (ECF No. 22) is **DENIED**.

Dated this 28th day of September, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE